No. 15,253.

HUBBARD *v.* MONTROSE FINANCE COMPANY.
(132 P. [2d] 187)

Decided November 24, 1942.

Judgment affirmed en banc on application for super-
sedeas without written opinion.

Mr. L. C. KINIKIN, for plaintiff in error.

Mr. HERBERT L. STRANG, for defendant in error.